# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MILAGROS RAYRAY SURATOS,

    *Petitioner*,

vs.

SHERYL FOSTER, *et al.,*

    *Respondents*.

2:10-cv-00881-KJD-LRL

ORDER

    Petitioner has submitted an application (#1) to proceed *in forma pauperis* and a habeas petition.

    The application to proceed *in forma pauperis* is not on the proper form and does not include the required attachments. Local Rule LSR 1-1 requires that a petitioner use the Court's required form for a pauper application. Further, under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, the petitioner must attach an inmate account statement for the past six months and a properly executed financial certificate.

    The application therefore will be denied, and the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application on the proper form with all required attachments. From review of the papers presented, a dismissal of the present action without prejudice will not result in a promptly filed new action being untimely under 28 U.S.C. § 2244(d)(1). The Supreme Court of Nevada affirmed the conviction on direct appeal on May 7, 2010. See #2, at electronic docketing page 3.

    All requests for relief will be denied without prejudice to their reassertion in a new action.

1     IT THEREFORE IS ORDERED that the application (#1) to proceed *in forma pauperis* is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new petition in a new action with a pauper application on the proper form with all required attachments.

    IT FURTHER IS ORDERED that petitioner's motion (#2) for appointment of counsel is DENIED without prejudice to reassertion of the motion in a new action.

    IT FURTHER IS ORDERED that the Clerk of Court shall send petitioner two copies of an application form to proceed *in forma pauperis* for incarcerated persons, two copies of a noncapital Section 2254 habeas form, one copy of the instructions for each form, and a copy of the papers (##1 and 2) that she submitted in this action.

    The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: June 9, 2010

                                        _____
                                        KENT J. DAWSON
                                        United States District Judge